957 So.2d 176 (2007)
Noah J. ANDRE, et al.
v.
A.O. SMITH CORPORATION, et al.
No. 2007-CC-0535.
Supreme Court of Louisiana.
June 1, 2007.
In re ESAB Group Inc.; Hobart Brothers Company; Airco Inc.; Praxair Inc.; BOC Group Inc f/k/a; Lincoln Electric Company; TDY Industries Inc.;Defendant(s); Applying for Supervisory and/or Remedial Writs, Parish of Orleans, Civil District Court Div. D, Nos. 04-873, 03-11573; to the Court of Appeal, Fourth Circuit, No. 2006-C-1502.
Denied.
TRAYLOR, J., recused.